# EXHIBIT G

  S A F E

PRODUCTS    SOLUTIONS    FAIR™    CUSTOMERS    RESOURCES    COMPANY

SCHEDULE DEMO        CONTACT

# Why Customers Choose Safe Over SecurityScorecard?

REQUEST A TPRM DEMO        READ THE DATASHEET

## Why Customers Choose SAFE TPRM

**Risk-Based TPRM**
SAFE quantifies third-party risk in dollars and tiers vendors based on loss magnitude and likelihood, unlike size or revenue-based tiering.

**AI-Driven Automation**
SAFE automates data ingestion and analysis of security assessments and questionnaires to provide real-time, prioritized insights.

**Unified TPRM Platform**
SAFE integrates 3rd party and 1st party cyber risk in the same platform. It delivers unified TPRM "outside-in", questionnaires and "inside-out" assessments.

**Built on Open Standards**
SAFE's outputs are transparent and defensible, purpose-built on open standards such as FAIR™, MITRE™ ATT&CK, and NIST™.

**Reduced Total Cost**
SAFE provides a predictable flat-rate pricing model, supports cost-effective tech stack consolidation, and cuts third-party management expenses.

| | SAFE | SecurityScorecard |
|---|---|---|
| **Who are your riskiest third parties in $ terms?**<br>*Risk-based Third-Party Tiering* | Enables focus on the most critical vendors based on loss exposure tiering driven by vendor data access, network access, and resultant business interruption. | Difficult to identify the critical vendors. |
| **How can I look at all telemetry from threat feeds and third parties?**<br>*Comprehensive TPRM Approach* | Consolidated threat feeds, outside-in, questionnaires, and inside-out assessments of third-party cyber risk. | Only provides 'outside-in' but lacks holistic risk management. |
| **How about my own security controls?**<br>*Zero-Trust TPRM* | Real-time visibility into how well first-party controls are configured to minimize third-party breaches. | Not supported. |
| **What can I do? What can my third parties do to mitigate risk?**<br>*Prioritized, Actionable Insights* | Prioritized, ROI-driven recommendations to reduce potential financial losses from the most critical vendor risks. | Generic insights with less specificity to different risk levels. |
| **How can I automate this program?**<br>*Gen-AI-Powered Automation for TPRM* | Automation for data ingestion and security analysis, eliminating manual effort and enhancing the speed and accuracy. | Utilizes limited automation, focusing more on manual processes for risk assessment. |



"I am running blind on my third party risk."

- CISO of a Fortune 100 Healthcare Provider

SAFE revolutionizes third-party risk management, equipping CISOs with the power of real-time insights, automated assessments, and strategic actions across all third parties, fortified by an unparalleled Zero Trust approach.

See Safe in Action

SCHEDULE DEMO

## SAFE

© 2024 Safe Security. All Rights Reserved.

3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306

info@safe.security

### Products
First Party Cyber Risk Management
Third Party Cyber Risk Management
Cyber Insurance
Safe vs Bitsight
Safe vs SecurityScorecard
Integrations

### Company
About Us
Jobs
Customers
Partners
Press Releases
Security
Open Source

### Resources
FAIR
Solutions
Security Research
Blog Articles
Webinars
Whitepapers & Guides

Privacy Policy    Cookie Policy    Terms of Service (Safe Enterprise)

Based on Open Standards:
MITRE    FAIR    NIST