# EXHIBIT H

Case 1:24-cv-04240-ER   Document 1-8   Filed 06/04/24   Page 1 of 3



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Kenneth W. Taber<br>
tel: +1.212.858.1813<br>
kenneth.taber@pillsburylaw.com

May 3, 2024

<u>Via Email & FedEx</u>

Mr. Saket Modi
Co-Founder & CEO
Safe Security
3000, El Camino Real
Building 4, Suite 200
Palo Alto, California 94306
saket.modi@safe.security

   Re: **SecurityScorecard, Inc./Safe Security, Brandon Roper**

Dear Mr. Modi:

We are litigation counsel to SecurityScorecard, Inc. ("SecurityScorecard" or the "Company"), and write to raise with you our concerns, detailed below, that Safe Security is and has been engaged in a deliberate and unlawful campaign to misappropriate SecurityScorecard's trade secrets and confidential and proprietary information. We hereby demand that Safe Security immediately cease and desist that unlawful conduct and confirm to us in writing that it has done so.

As a starting point, we understand that Safe Security has "interviewed" multiple Security Scorecard employees and former employees under the dishonest guise of offering them employment, when your actual purpose was solely to try to debrief them and illicitly gather intelligence about SecurityScorecard's confidential business plans. Indeed, you yourself bragged to a member of the SecurityScorecard management team that your team regularly interviews former SecurityScorecard employees with no intention of hiring them and you cited to confidential statistics on the company's hiring and restructuring practices as evidence of these illicit "fact finding" exercises. There is plainly no legitimate purpose for such interviews; they are nothing more than unlawful attempts to extract protected information.

Second, as part and parcel of those same unlawful efforts, we understand that Steven Schwartz, Safe Security's Cyber Insurance Leader, interviewed for an open position with SecurityScorecard, despite having no intention of working for SecurityScorecard. He instead simply wanted to garner whatever confidential and proprietary information about SecurityScorecard he could.

Third, Safe Security recently hired Brandon Roper, a former SecurityScorecard Field Sales Director, *in express and knowing violation of his non-compete*. Safe Security hired Mr. Brandon *less than three weeks* after his layoff from SecurityScorecard on April 8, 2024 — confirmation that Safe Security was laser focused on tortiously interfering with his non-compete.

All SecurityScorecard employees, including Mr. Roper, execute Proprietary Information, Invention Assignment, and Restrictive Covenant Agreements ("PIIA") pursuant to which they may not disclose the Company's trade secrets and confidential and proprietary information. The PIIAs also contain non-competition provisions preventing the employees from working for competitors – like Safe Security – for two years after their employment with SecurityScorecard ends.

Accordingly, if we hereafter determine that Safe Security has yet again tortiously interfered with these PIIA agreements, or has yet again attempted to misappropriate SecurityScorecard's trade secrets or confidential or proprietary information, our instructions are to immediately commence litigation seeking injunctive relief, compensatory damages, punitive damages, attorneys' fees and all other available relief.

In the meanwhile, though, we must have your written confirmation, no later than **5:00pm on Tuesday, May 7, 2024**, that Safe Security will immediately cease and desist the foregoing unlawful conduct.

The Company does not, at this time, demand that Safe Security terminate Mr. Roper's employment. But the Company will immediately make such a demand if it learns that Safe Security is in any way, directly or indirectly, seeking access to SecurityScorecard's protected information from Mr. Roper.

Finally, SecurityScorecard hereby demands that Safe Security take immediate affirmative steps to preserve the contents of all of Safe Security's email accounts, computers, laptops and other electronic systems, devices and accounts, with respect to the foregoing matters and, further, that Safe Security not alter or destroy, and take immediate affirmative steps to preserve, all documents and electronically stored information in its possession, custody or control that in any way relate to this matter, including without limitation any and all letters, emails, text messages, telephone messages and records, and other communications and documents related to the foregoing.

We look forward to your prompt response.

Sincerely,

*[signature]*

Kenneth W. Taber

cc:   Aleksandr Yampolskiy, Chief Executive Officer, SecurityScorecard
      Owen Denby, Esq., General Counsel, SecurityScorecard