# EXHIBIT I

May 07, 2024

Kenneth W. Taber
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
kenneth.taber@pillsburylaw.com

Re: *SecurityScorecard, Inc., Brandon Roper*

Dear Mr. Taber:

I serve as the SVP, Finance & Legal at SAFE Securities Inc. ("SAFE Securities") and I write in response to your letter dated May 3, 2024 regarding SecurityScorecard Inc ("SecurityScorecard").

SAFE Securities at no time engaged in any action to improperly obtain or misappropriate SecurityScorecard's trade secrets or confidential information. SAFE Securities is keenly aware of the need to protect proprietary information and trade secrets and as a matter of company policy, SAFE Securities requires each of its employees to sign and abide by a proprietary information agreement which specifically forbids the improper use or disclosure of any proprietary information of former employers or companies. We endeavor to act with honesty and integrity certainly expect that our employees will do the same.

To be clear, while SAFE Securities has interviewed some candidates who were employed with SecurityScorecard in the ordinary course of business, at no time did we request any candidate's disclosure of SecurityScorecard's proprietary information, including any of your client's proprietary business plans. Your allegation that these interviews were for the purposes of improperly obtaining such information is completely unfounded. With respect to the hiring of former SecurityScorecard employee, Mr. Brandon Roper, he has not used or disclosed any SecurityScorecard confidential information in his work with SAFE Securities. He has also received counseling in some detail concerning our desire not to accept or utilize trade secrets or proprietary information of other companies, including that of his former employer, SecurityScorecard. Mr. Roper has assured us that he has not retained or utilized any SecurityScorecard confidential information or documentation.

SAFE Securities does not have and will not utilize any SecurityScorecard trade secret or proprietary information. However, SAFE Securities is entitled to engage in fair competition and is entitled to utilize information obtained from public sources, including advertising, trade shows, direct mailing, industry guides, directories, purchased data bases, referrals and any former SecurityScorecard employee's general experience in the industry. SAFE Securities takes these types of matters seriously and has no intention of interfering with any enforceable contractual obligations its employees may have with their former employers.

We trust that the above addresses SecurityScorecard's concerns.  Please let me know if you have any questions.

Sincerely,

Naman Gupta


cc: Saket Modi, CEO, SAFE Securities, Inc.