# EXHIBIT 15



## Mary Polyakova's Post



**Mary Polyakova**
Sales Leader East at SecurityScorecard Inc.
31m · Edited

I am happy to announce that I am starting my new role as VP of Central US at **Safe Security**, the industry leader in Cyber Risk Quantification and TPRM! I am super excited to be joining the exceptional team at Safe Security and to have the opportunity to represent such an innovative product that solves a gap for many organizations.

I was introduced to Cyber Risk Quantification by one of the CISOs I worked with and have been watching the space for a few years to see how it evolved.  It is very rare where you see the perfect mix of great people, innovative product ahead of the pack & the right time to address a key area for Security & Risk professionals.

Thank you **Nicola (Nick) Sanna** and **Saket Modi** for the opportunity.

Also, i am hiring so please reach out or share with your network.  I am looking for a few people and they can be located in any of these states: OH, MI, IN, KY, MN, WI, NE, KS, MO.

#CyberSecurity #CyberRiskQuantification #TPRM



40 · 19 Comments

Like · Comment · Share



**Joshua Jones** 🇺🇸   27m
Cybersecurity Specialist Exec / Father / Veteran / Husband

Happy for you!!!! 💪

Like · Reply | 1 Reaction

**Brian Kendig**   23m
Protecting organizations from cyber threats

Great news Mary!  Congrats!

Like · Reply | 1 Reaction