

John P. Padro
+1 212 459 7349
JPadro@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

June 20, 2024

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re**: **SecurityScorecard, Inc. v. Safe Securities, Inc., d/b/a Safe Security et al., No. 1:24-cv-04240-ER**

Dear Judge Ramos:

I write on behalf of Defendants Safe Securities, Inc. d/b/a Safe Security ("SAFE"), represented by this firm, and Mary Polyakova ("Ms. Polyakova"), separately represented, pursuant Section 1(E) of the Court's Individual Rules and Practices, to request an extension until July 25, 2024 for SAFE and Ms. Polyakova to respond to the complaint filed by Plaintiff SecurityScorecard, Inc. ("Plaintiff" or "SSC") (ECF No. 1).  Counsel for SSC has authorized the undersigned to inform the Court that SSC consents to these requests.

The current date for SAFE and Ms. Polyakova to respond to the complaint is July 1, 2024.  SAFE and Ms. Polyakova seek this extension to respond to the allegations in Plaintiff's complaint.  No other requests for an extension have been made.

Therefore, SAFE and Ms. Polyakova respectfully request that the deadline to respond to the complaint be extended to and including July 25, 2024.

Respectfully submitted,



June 20, 2024
Page 2

| GOODWIN PROCTER LLP | KUDMAN TRACTEN ALOE POSNER LLP |
|---|---|
| By: __/s/ John Padro__ , <br>      John Padro <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br><br> Tel:     212.459.7349 <br> E-mail: jpadro@goodwinlaw.com <br> *Counsel To Defendant Safe Securities, Inc.* | By: __/s/ Mitchell Epner__ , <br>      Mitchell Epner <br><br> 488 Madison Avenue, 23rd Floor <br> New York, NY 10022 <br><br> Tel:     212.868.1010 <br> E-mail: mepner@kudmanlaw.com <br> *Counsel To Defendant Mary Polyakova* |

cc: All counsel of record via ECF