**KTAP** **KUDMAN · TRACHTEN · ALOE · POSNER** LLP

—— Attorneys at Law ——

Mitchell Epner · Direct (212) 868-3602 · mepner@kudmanlaw.com

July 2, 2024

**VIA ECF (Courtesy Copy By Hand)**
The Honorable Edgardo Ramos
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  SecurityScorecard, Inc. v. Safe Securities, Inc. d/b/a Safe Security and Mary Polyakova, No. 1:24-cv-04240 (SDNY)

Your Honor:

      Defendant Mary Polyakova, by and through her attorneys Kudman Trachten Aloe Posner LLP, reports with regard to the proposed stipulated order regarding the actions of Ms. Polyakova submitted by plaintiff Security Scorecard, Inc. (the "Proposed Polyakova Order") that Ms. Polyakova has no suggested changes to the Proposed Polyakova Order, so long as the referenced proposed stipulated order regarding all defendants is entered in the form submitted on behalf of all defendants under separate cover.

Respectfully submitted,

KUDMAN TRACHTEN ALOE POSNER LLP

s/ Mitchell Epner
Mitchell Epner
488 Madison Avenue, 23rd Floor
New York, NY 10022
Tel:   212.868.1010
email:  mepner@kudmanlaw.com