UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITYSCORECARD, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>SAFE SECURITIES, INC. d/b/a SAFE SECURITY and MARY POLYAKOVA,<br><br>    Defendants. | Case No. 24-cv-04240-ER<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION BARRING DEFENDANT SAFE SECURITIES, INC. D/B/A SAFE SECURITY'S ACCESS TO PLAINTIFF'S CUSTOMER PLATFORM** |

Upon the application of Plaintiff SecurityScorecard, Inc. ("SSC"), by and through its undersigned counsel, Pillsbury Winthrop Shaw Pittman LLP, the Complaint, Memorandum of Law in Support of Plaintiff's Renewed Order to Show Cause for Preliminary Injunction, the Declaration of Steve Cobb, dated July 26, 2024 and the exhibits annexed thereto, the Declaration of David Jimenez, dated July 26, 2024 and the exhibits annexed thereto, and the Declaration of Kenneth W. Taber, dated July 26, 2024 and the exhibit annexed thereto, it is hereby:

ORDERED, that Defendant Safe Securities, Inc. *d/b/a* Safe Security ("SAFE") show cause before a motion term of this Court, in Room_____, United States Courthouse, 40 Foley Square, New York, NY 10007 on _____, 2024, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure temporarily and, for the pendency of this litigation, preliminarily, (i) enjoining SAFE, and all persons acting in concert with or through SAFE who receive actual notice of the injunction, from accessing SSC's customer platform; and (ii) enjoining SAFE, and

all persons acting in concert with or through SAFE who receive actual notice of the injunction, from disclosing or using any Confidential Information it has already obtained from that platform.

ORDERED that SSC is not required to provide an undertaking in support of the restraining order.

DATED: New York, New York

ISSUED: _____

_____
Edgardo Ramos, U.S.D.J.