

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

July 29, 2024

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *SecurityScorecard, Inc. v. Safe Securities, Inc.*, Case No.: 1:24-cv-04240-ER

Dear Judge Ramos:

We write on behalf of Plaintiff SecurityScorecard, Inc. ("SSC") in the above-referenced matter regarding the 8-page letter response filed today (Dkt. 79) by Defendant Safe Securities, Inc *d/b/a* Safe Security ("SAFE") in opposition to SSC's Renewed Order to Show Cause for preliminary injunctive relief (Dkts. 72-78).

Counsel for SSC is currently working on a Reply to SAFE's response, which will be filed on the public docket no later than this Thursday morning (August 1st).

Respectfully submitted,

*/s/ Kenneth W. Taber*
Kenneth W. Taber

cc:   All Counsel of Record