

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

July 29, 2024

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *SecurityScorecard, Inc. v. Safe Securities, Inc.*, Case No.: 1:24-cv-04240-ER

Dear Judge Ramos:

We write on behalf of Plaintiff SecurityScorecard, Inc. ("SSC") in the above-referenced matter. Earlier this afternoon, we filed a letter with the Court (Dkt. 80) stating that we were working on a Reply to Defendant Safe Securities, Inc *d/b/a* Safe Security's ("SAFE") eight-page letter (Dkt. 79) in opposition to SSC's Renewed Order to Show Cause for preliminary injunctive relief (Dkts. 72-78). In our letter earlier today we stated that SSC's Reply would be filed on the public docket no later than the morning of August 1. *See* Dkt. 80.

Shortly thereafter, the Court issued an Order setting the following briefing schedule on SSC's Renewed Order to Show Cause: "Defendants' response is due by August 5, 2024, and Plaintiff's reply is due by August 9, 2024." Dkt. 81.

Accordingly, SSC will instead submit its Reply on August 9th, as directed by the Court.

Respectfully submitted,

*/s/ Kenneth W. Taber*
Kenneth W. Taber

cc:   All Counsel of Record

www.pillsburylaw.com