UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITYSCORECARD, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SAFE SECURITIES, INC. d/b/a SAFE SECURITY and MARY POLYAKOVA, <br><br> Defendants. | Case No. 24-cv-04240-ER <br><br> **STIPULATION AND PROPOSED ORDER** |

THIS MATTER, having been opened to the Court by Plaintiff SecurityScorecard, Inc.'s ("SSC" or "Plaintiff") Order to Show Cause dated June 4, 2024;

WHEREAS, on June 4, 2024, this Court entered an Order to Show Cause why a preliminary injunction should not issue and scheduled a hearing for June 13, 2024;

WHEREAS, on June 8, 2024, Defendant Mary Polyakova ("Polyakova") was served with the Complaint and Summons in this matter;

WHEREAS, on June 12, 2024, SSC's Order to Show Cause for Temporary Restraining Order and Preliminary Injunction ("OSC") was fully briefed; and

WHEREAS, on June 13, 2024, the Court conducted a hearing on the OSC and directed, *inter alia*, counsel for SSC and Polyakova to meet and confer regarding the entry of preliminary injunctions with respect to SSC proprietary information; and

WHEREAS, the Court entered a Stipulated Order (ECF 67) with regard to Polyakova; and

WHEREAS, the Court entered an Order (ECF 68) with regard to both Defendants; and

WHEREAS, SSC seeks no further Preliminary Injunctive Relief against Polyakova at this time; and

WHEREAS, the Arbitration Agreement between Polyakova and SSC (ECF1-2, pp. 9 – 10) provides that, as between them, "[a]ny and all claims shall be submitted to final and binding arbitration" save for "the right to seek through judicial process, preliminary injunctive relief to preserve the status quo or prevent irreparable injury";

**IT IS HEREBY ORDERED**, that:

(a) This litigation is stayed, in its entirety, against Polyakova in favor of any arbitration that SSC or Polyakova may initiate with regard to the matters encompassed in this litigation, other than requests for preliminary injunctive relief;

(b) To the extent that Plaintiff seeks any discovery from Polyakova, Plaintiff may not seek such discovery under Federal Rules of Civil Procedure 26, 27, 33, 34, 35, or 36.  Plaintiff may seek discovery from Polyakova under Federal Rules of Civil Procedure 30, 31 and 45, in conformity with the requirements of those Rules.

(c) This Court will retain jurisdiction over all persons subject to this Order and the previously entered injunctions to the extent necessary to enforce any obligations arising hereunder.

[Signature page follows]

SO STIPULATED AND AGREED.

| | |
|---|---|
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | **KUDMAN TRACHTEN ALOE POSNER LLP** |
| By: */s/ Kenneth W. Taber* <br> Kenneth W. Taber <br> Brian L. Beckerman <br> Sarah M. Madigan <br> 31 West 52nd Street <br> New York, NY 10019 <br> Tel: (212) 858-1000 <br> Fax: (212) 858-1500 <br> kenneth.taber@pillsburylaw.com <br> brian.backerman@pillsburylaw.com <br> sarah.madigan@pillsburylaw.com <br><br> *Attorneys for Plaintiff SecurityScorecard, Inc.* | By: */s/Mitchell Epner* <br> Mitchell Epner <br> 448 Madison Avenue, 23rd Floor <br> New York, NY 10022 <br> mepner@kudmanlaw.com <br><br> *Attorneys for Defendant Mary Polyakova* |

IT IS SO ORDERED, this ____ day of July, 2024.

_____
HON. EDGARDO RAMOS, U.S.D.J.

Dated: July __, 2024
        New York, NY