# EXHIBIT A-1

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITYSCORECARD, INC., | |
| Plaintiff, | Case No. 24-cv-04240-ER |
| -against- | **STIPULATION AND [PROPOSED] ORDER** |
| SAFE SECURITIES, INC. d/b/a SAFE SECURITY; *et al.*, | |
| Defendants. | |

THIS MATTER, having been opened to the Court by Plaintiff SecurityScorecard, Inc.'s ("SSC") Proposed Order to Show Cause dated July 26, 2024;

WHEREAS, on July 29, 2024, this Court entered an Order to Show Cause why a preliminary injunction should not issue and scheduled a hearing for August 13, 2024;

WHEREAS, on August 12, 2024, SSC and Defendant SAFE Securities, Inc. ("SAFE") submitted a Stipulation and Proposed Order providing that SAFE, and all persons acting in concert with SAFE, shall not access the SSC customer platform during the pendency of this case; SSC shall provide SAFE forensically sound current versions of all "digital footprint" documents and "work product templates"; and SAFE shall undertake a good faith effort to locate and sequester during the pendency of this case any such materials (Dkt. No. 97);

WHEREAS, on August 12, 2024, SSC submitted a revised proposed order pertaining to its request for injunctive relief (Dkt. No. 98);

WHEREAS, on August 13, 2024, the Court conducted a hearing on SSC's Renewed OSC, and at the hearing directed SSC and SAFE to submit an amended stipulation and order after conferring;

WHEREAS, counsel for the parties have so conferred;

**IT IS HEREBY ORDERED**, that pending further Order of this Court and for the duration of these proceedings: SAFE, and all persons acting in concert with or through SAFE who receive actual notice of the Order, are enjoined from disclosing or using any digital footprints and questionnaire templates obtained from SSC's customer platform.

[signature page follows]

SO STIPULATED AND AGREED.

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/*_____
Kenneth W. Taber
Brian L. Beckerman
Sarah M. Madigan
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
kenneth.taber@pillsburylaw.com
brian.backerman@pillsburylaw.com
sarah.madigan@pillsburylaw.com

*Attorneys for Plaintiff*
*SecurityScorecard, Inc.*

**GOODWIN PROCTER LLP**

By: */s/*_____
John P. Padro
Timothy Keegan
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: + 1 212 813 8800
JPadro@goodwinlaw.com
Tkeegan@goodwinlaw.com

I. Neel Chatterjee (*pro hac vice*)
Ishika Desai (*pro hac vice*)
601 Marshall St.
Redwood City, CA 94063
Phone: +1 650 752 3100
nchatterjee@goodwinlaw.com
idesai@goodwinlaw.com

*Attorneys for Defendant Safe*
*Securities, Inc. d/b/a Safe Security*

IT IS SO STIPULATED AND ORDERED, this _____ day of August, 2024.

_____
HON. EDGARDO RAMOS, U.S.D.J.