# EXHIBIT E

Mary Polyakova on LinkedIn: #cybersecurity #cyberriskquantification ...    https://www.linkedin.com/posts/mary-polyakova-26575517_cybersecuri...

Case 1:24-cv-02043-PKC   Document 143-5   Filed 06/04/25   Page 2 of 2
Case 1:24-cv-02434-PAE   Document 43-5   Filed 04/23/25   Page 22 of 62

LinkedIn

Articles | People | Learning | Jobs | Get the app

Join now    Sign in

## Mary Polyakova's Post

**Mary Polyakova**
Sales Leader East at SecurityScorecard Inc.
31m · Edited

I am happy to announce that I am starting my new role as VP of Central US at **Safe Security**, the industry leader in Cyber Risk Quantification and TPRM! I am super excited to be joining the exceptional team at Safe Security and to have the opportunity to represent such an innovative product that solves a gap for many organizations.

I was introduced to Cyber Risk Quantification by one of the CISOs I worked with and have been watching the space for a few years to see how it evolved.  It is very rare where you see the perfect mix of great people, innovative product ahead of the pack & the right time to address a key area for Security & Risk professionals.

Thank you **Nicola (Nick) Sanna** and **Saket Modi** for the opportunity.

Also, i am hiring so please reach out or share with your network.  I am looking for a few people and they can be located in any of these states: OH, MI, IN, KY, MN, WI, NE, KS, MO.

#CyberSecurity #CyberRiskQuantification #TPRM

40 · 19 Comments

Like    Comment    Share

**Joshua Jones** 🇺🇸   27m
Cybersecurity Specialist Exec / Father / Veteran / Husband

Happy for you!!!! 💪

Like · Reply | 1 Reaction

**Brian Kendig**   23m
Protecting organizations from cyber threats

Great news Mary!  Congrats!

Like · Reply | 1 Reaction