# EXHIBIT F

February 7, 2020

Dear Mary Polyakova:

SecurityScorecard Inc. ("SecurityScorecard" or the "Company") is pleased to offer you the position of **Field Sales Director** reporting to SecurityScorecard's VP of Sales, East, Dennis Kilcullen. This letter will serve to confirm our understanding of your acceptance of this position. Your effective start date at the Company will be **February 17, 2020**.

You will be compensated with an annual salary in the amount of **$150,000.00** less all applicable taxes and withholdings. In addition, to your base salary, you will be eligible to participate in a commission plan which is targeted at **$150,000.00**, if you achieve 100% of your plan. Subject to Board of Director approval, you will be granted **10000** options to purchase common stock at the FMV on the date of grant approved by the BOD. The options will be vested over a four-year period with one quarter vesting on the first anniversary of your start date, and quarterly vesting thereafter. This grant will be subject to the terms and conditions of the Stock Options agreement, which will be forthcoming. You will be eligible to participate in the Company's health insurance plans made available to all regular employees. The Company may, in its sole discretion, discontinue or modify any such plans, programs or practices at any time, with or without notice.

During your first three (3) months of employment you will receive a one–time three (3) month minimum commission guarantee ("Guarantee Period"). This guarantee will be divided and paid to you in three (3) monthly installments payable at 100% of your monthly target commission amount according to the company sales compensation plan payment schedule. In your case the monthly amount will be $12,500 which is 1/12th of your $150,000 annual target commission.

Any commissions earned during the Guarantee Period will be included in your installment. In the event that commissions earned during the Guarantee Period exceed the guaranteed amount, such commission shall be paid in accordance with the terms and conditions of your Sales Commission Plan. The guaranteed commission percentage only applies during the first three (3) months of employment at SecurityScorecard. For clarity, in no event shall you be paid more commission for this three (3) month period than the maximum potentially earnable commission.

You will not have a set number of vacation days, but rather entitled to request vacation days as desired, with the expectation that you are always responsible for the consistent and timely completion of your responsibilities. Before leaving on vacation, you are required to make certain that other team members are aware of your absence and that responsibilities will be attended in your absence.

Your employment with Company will be employment "at-will," meaning that the duration of your employment will be unspecified and may be terminated by you or Company at any time, with or without cause, and with or without notice. Accordingly, this letter is not to be construed or interpreted as containing any guarantee of continued employment. As such, the recitation of certain time periods in this letter is solely for the purpose of defining your compensation. It is also not to be construed or interpreted as containing any guarantee of any particular level or nature of compensation.

Pursuant to federal law, this offer of employment is conditioned on your ability to provide satisfactory proof of your eligibility to work in the United States within three (3) days of your first day of work. Your employment will also be conditioned on successful completion of a criminal background check. Please note that by signing this offer letter you grant approval to initiate this background check. You further represent to Company that you are not under any form of non-compete agreement with a third party that would prohibit you from working at Company, and agree to abide by any and all non-solicitation and non-disclosure obligations that you are legally bound to. At the request of Company, you shall provide Company with any

non-compete, non-solicitation and/or non-disclosure agreements that you previously entered into with a third party.

During your employment and thereafter, if your employment is discontinued for any reason whatsoever, you agree to keep strictly confidential all trade secrets and information that Company holds proprietary or confidential. You also agree that as a condition of your employment, you will sign Company's standard Employee Proprietary Information and Inventions and Non-Competition Agreement, that will provide for a non-competition covenant prohibiting your provision of services to, or your holding of securities of, any business that competes directly with Company. The non-competition covenant will expire twenty-four (24) months after termination of your employment.

You represent that: (1) you are not a party to any agreement that would prohibit you from entering into employment with Company; (2) no trade secret or proprietary information belonging to your previous employer will be disclosed by you at Company and that no such information, whether in the form of documents, memoranda, software, drawings, etc., will be retained by you or brought with you to Company; and (3) you have brought to Company's attention and provided it with a copy of any agreement that may impact your future employment at Company, including but not limited to any non-disclosure, non-competition, non-solicitation or invention assignment agreements containing future work restrictions.

If you agree with and accept the terms of this offer of employment, please sign below and return this letter. We are confident your employment with SecurityScorecard Inc. will prove mutually beneficial, and we are excited to welcome you aboard.

This letter reflects the entire agreement regarding the terms and conditions of your employment. Accordingly, it supersedes and completely replaces any prior oral or written communication on this subject. You may accept this offer by signing a copy of this letter and returning it to Company. If you do not accept this offer by  we will consider the offer declined.

Very truly yours,                                    Accepted by:


_____        _____Signature
Aleksandr Yampolskiy
Chief Executive Officer                              2/8/2020
                                                     _____ Date