# EXHIBIT G

Case 1:24-cv-04274 Document 148-7 Filed 06/04/25 Page 1 of 3

Case 1:24-cv-04274 Document 148-7 Filed 06/04/25 Page 2 of 3
Case 1:24-cv-02443-PAE Document 78-7 Filed 04/21/25 Page 2 of 3

Page 1
Safe vs SecurityScorecard - Safe Security
https://safe.security/safe-vs-securityscorecard/



PRODUCTS   SOLUTIONS   FAIR™   CUSTOMERS   RESOURCES   COMPANY   SCHEDULE DEMO   CONTACT

# Why Customers Choose Safe Over SecurityScorecard?

REQUEST A TPRM DEMO

READ THE DATASHEET

## Why Customers Choose SAFE TPRM

**Risk-Based TPRM**
SAFE quantifies third-party risk in dollars and tiers vendors based on loss magnitude and likelihood, unlike size or revenue-based tiering.

**AI-Driven Automation**
SAFE automates data ingestion and analysis of security assessments and questionnaires to provide real-time, prioritized insights.

**Unified TPRM Platform**
SAFE integrates 3rd party and 1st party cyber risk in the same platform. It delivers unified TPRM "outside-in", questionnaires and "inside-out" assessments.

**Built on Open Standards**
SAFE's outputs are transparent and defensible, purpose-built on open standards such as FAIR™, MITRE™ ATT&CK, and NIST™.

**Reduced Total Cost**
SAFE provides a predictable flat-rate pricing model, supports cost-effective tech stack consolidation, and cuts third-party management expenses.

| | SAFE | SecurityScorecard |
|---|---|---|
| **Who are your riskiest third parties in $ terms?**<br>*Risk-based Third-Party Tiering* | ✓ Enables focus on the most critical vendors based on loss exposure tiering driven by vendor data access, network access, and resultant business interruption. | ✗ Difficult to identify the critical vendors. |
| **How can I look at all telemetry from threat feeds and third parties?**<br>*Comprehensive TPRM Approach* | ✓ Consolidated threat feeds, outside-in, questionnaires, and inside-out assessments of third-party cyber risk. | ✗ Only provides 'outside-in' but lacks holistic risk management. |
| **How about my own security controls?**<br>*Zero-Trust TPRM* | ✓ Real-time visibility into how well first-party controls are configured to minimize third-party breaches. | ✗ Not supported. |
| **What can I do? What can my third parties do to mitigate risk?**<br>*Prioritized, Actionable Insights* | ✓ Prioritized, ROI-driven recommendations to reduce potential financial losses from the most critical vendor risks. | ✗ Generic insights with less specificity to different risk levels. |
| **How can I automate this program?**<br>*Gen-AI-Powered Automation for TPRM* | ✓ Automation for data ingestion and security analysis, eliminating manual effort and enhancing the speed and accuracy. | ✗ Utilizes limited automation, focusing more on manual processes for risk assessment. |

| | | |
|---|---|---|
| **How can I look at all risks together?** *Simple, One-Platform Solution* | ✓ Unified third and first-party risk management in a single platform. | ✗ Provides outside-in scores and some first-party risk management features but lacks the holistic risk management depth. |
| **Is it defensible and tunable?** *Open Standards and Defensible* | ✓ Leverages open standards, including FAIR, FAIR-TAM, FAIR-CAM, FAIR-MAM, MITRE™ ATT&CK, MITRE™ D3FEND, and NIST CSF | ✗ Utilizes proprietary 'black box' methodologies. |
| **How can I manage my costs?** *Flat Pricing Model* | ✓ Predictable, all-inclusive pricing that reduces costs by covering unlimited vendors without additional fees. | ✗ Cost increases with the increase in the number of vendors or assessments. |

*Comparison based on review done on May 2024.*

"I am running blind on my third party risk."

- CISO of a Fortune 100 Healthcare Provider

SAFE revolutionizes third-party risk management, equipping CISOs with the power of real-time insights, automated assessments, and strategic actions across all third parties, fortified by an unparalleled Zero Trust approach.

## See Safe in Action

SCHEDULE DEMO

SAFE

© 2024 Safe Security. All Rights Reserved.

3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306

info@safe.security

Products
- First Party Cyber Risk Management
- Third Party Cyber Risk Management
- Cyber Insurance
- Safe vs Bitsight
- Safe vs SecurityScorecard
- Integrations

Company
- About Us
- Jobs
- Customers
- Partners
- Press Releases
- Security
- Open Source

Resources
- FAIR
- Solutions
- Security Research
- Blog Articles
- Webinars
- Whitepapers & Guides

Privacy Policy Cookie Policy Terms of Service (Safe Enterprise)

Based on Open Standards:
MITRE FAIR INSTITUTE NIST

