# EXHIBIT J



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

May 14, 2024

<u>Via Email</u>

Andrew Peck
350 East 82nd Street
New York, NY 10028
apeck@vt.edu

Re: SecurityScorecard, Inc./Andrew Peck

Dear Mr. Peck:

We are litigation counsel to SecurityScorecard, Inc. ("SecurityScorecard" or the "Company"). SecurityScorecard has brought to our attention the fact that you may be accepting, or may have already accepted, a position with the Company's direct competitor – SAFE Securities Inc. ("SAFE"). Your employment with SAFE would be in express violation of your legal obligations to the Company. We, therefore, write to demand, on behalf of SecurityScorecard, that you immediately confirm to us in writing that you will not be joining SAFE nor rendering any services to SAFE.

During your employment with the Company, beginning in June 2018, you held multiple roles on the Business Development team, ultimately serving as the Global Director of Business Development from October 2021 to January 2024. From February 2024 through your resignation from the Company in April 2024, you served as the Company's Director, Inside Sales, another senior level position.

In each of each of these roles, you were immersed in the Company's sensitive confidential information and trade secrets, learning about the Company's marketing plans and strategies, prospective and current customers, and current and planned products and services. Pursuant to your Employee's Proprietary Information and Inventions and Non-Competition Agreement, executed on March 24, 2018 (the "PIIA"), given this high-level access to the Company's confidential information and trade secrets and customer relationships, you are flatly prohibited from (among other things):

- Disclosing or using on behalf of another company any of SecurityScorecard's confidential information and/or trade secrets; and

www.pillsburylaw.com

4895-1163-5100.v1

- Rendering any services to, or otherwise aiding or assisting, any business that competes with SecurityScorecard for two years after your separation from SecurityScorecard.

Given these unambiguous legal obligations, SecurityScorecard was astonished to learn that you may be accepting, or have already accepted, employment with SAFE, which is unquestionably a direct competitor of the Company.

Please confirm no later than **5:00pm on Thursday, May 16, 2024**, that you have not and will not render any services to SAFE, whether as an employee or otherwise. If you fail to do so, we will be forced to commence legal action and seek the maximum available damages against you personally, including immediately moving forward to institute injunctive proceedings in court.

Secruity Scorecard hereby expressly reserves all of its rights and claims in this matter and demands that you take immediate affirmative steps to preserve the contents of all of your email accounts, computers, laptops, tablets, handheld devices, and other electronic systems, devices and accounts, and, further, that you do not alter or destroy, and will take immediate affirmative steps to preserve, all documents and electronically stored information in your possession, custody or control that in any way relate to: (i) your recruitment by, and application process with, SAFE, (ii) your provision, or potential provision, of services in any capacity to SAFE, and (iii) SecruityScorecard confidential information, trade secrets, and/or intellectual property.

We look forward to your prompt response.

Sincerely,

*[signature]*

Kenneth W. Taber


cc:   Naman Gupta, Esq., SVP, Finance, SAFE Securities, Inc.
      Saket Modi, CEO, SAFE Securities, Inc.
      Aleksandr Yampolskiy, Chief Executive Officer, SecurityScorecard, Inc.
      Owen Denby, Esq., General Counsel, SecurityScorecard, Inc.

4895-1163-5100.v1