# UNITED STATES U.S. DISTRICT COURT FOR
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITYSCORECARD, INC., *Plaintiff*, v. SAFE SECURITIES, INC. d/b/a SAFE SECURITY and MARY POLYAKOVA, *Defendants*. | Case No. 1:24-cv-04240-ER |

## SAFE SECURITIES, INC.'S MOTION TO COMPEL SECURITYSCORECARD, INC. TO PRODUCE DOCUMENTS

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law, (ii) Declaration of John P. Padro, and the exhibits thereto, and (iii) all other related papers and proceedings, Defendant SAFE Securities, Inc. ("SAFE") moves this Court at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 37, compelling Plaintiff SecurityScorecard, Inc. ("SSC") to produce documents responsive to SAFE's Request for Production Nos. 42, 48-55, and 61 to SSC; and any such further relief as the Court deems just and proper.

Dated: February 14, 2025

Respectfully submitted,

Defendants
SAFE SECURITIES, INC.

By Its Attorneys

*/s/ John P. Padro*
John P. Padro
Timothy Keegan
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: + 1 212 813 8800
JPadro@goodwinlaw.com
Tkeegan@goodwinlaw.com

I. Neel Chatterjee (*pro hac vice*)
Ishika Desai (*pro hac vice*)
601 Marshall St.
Redwood City, CA 94063
Phone: +1 650 752 3100
nchatterjee@goodwinlaw.com
idesai@goodwinlaw.com

*Counsel for Defendant Safe Securities, Inc.*