

**ATTORNEYS AT LAW**

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-0002
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
**New York**
New Jersey
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael D. Margulies
Shareholder
212.430.5511 Direct Dial
mmargulies@carltonfields.com

September 15, 2025

**VIA ECF**

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *SecurityScorecard, Inc. v. Safe Securities, Inc., et al.*, **(Case No. 1:24-cv-4240)**

Dear Judge Ramos,

    We are counsel for Plaintiff, SecurityScorecard, Inc. ("SSC") and write to inform the Court that the parties in this matter have reached a settlement in principle. We respectfully request that all deadlines in the September 5, 2024 Civil Case Discovery Plan and Scheduling Order (ECF doc. 114) be adjourned, so that the parties may prepare and finalize a settlement agreement.

Respectfully,

Michael D. Margulies

cc: Counsel of Record (via ECF)